UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21717-CIV-HUCK/WHITE

SPENCER LEE,

    Petitioner,

v.

WALTER McNEIL,

    Respondent.
_____/



## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation (D.E. # 14) by the Honorable Patrick A. White, United States Magistrate Judge, filed June 9, 2010, recommending that Petitioner's *pro se* Petition for writ of habeas corpus (D.E. # 1) be dismissed. Petitioner has not filed objections within the period required by law. The Court reviewed *de novo* the Petition, Report and Recommendation, the pertinent portions of the record, and is otherwise duly advised. Accordingly, it is hereby

ORDERED that the Court ADOPTS the findings of fact and conclusions of law as stated in the Report and Recommendation. The Petition is DENIED as time-barred. The clerk of court shall CLOSE the case.

DONE AND ORDERED in Chambers, Miami, Florida, July 6, 2010.

                                        Paul C. Huck
                                        United States District Judge

**Copies furnished to:**
Spencer Lee *(pro se)*
DC# 184991
Columbia Correctional Institution Annex
216 SE Corrections Way
Lake City, FL 32025-2013

All Counsel of Record
Magistrate Judge Patrick A. White